

**FILED**

OCT 0 6 2017

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-17-27-BLG-SPW |
| Plaintiff, | |
| vs. | **ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL** |
| DREW DUDLEY JOHN FISHER, | |
| Defendant. | |

UPON the Defendant's Motion to File Document Under Seal (Doc. 21), and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Psychological Evaluation is filed under seal.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this _6th_ day of October, 2017.

_Susan P. Watters_
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1